UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARK VANDERHEYDEN, et al., | |
| Plaintiffs, | |
| v. | **Case No. 1:21-cv-02242** |
| APFS, LLC | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS & COLLECTIVE ACTION SETTLEMENT**

Class Representatives Clark Vanderheyden and Chariya Milindawad, through counsel, move this Court to grant final approval of the class and collective action settlement agreement reached in this matter. In support of this Motion, the Class Representatives submit a Memorandum of Law in Support of their Motion for Final Approval. The Class Representatives request that the Court enter the Proposed Final Approval Order, attached as Exhibit 1, to the Memorandum of Law.

The Court preliminarily approved this class and collective action settlement on September 21, 2022. Doc. 90. Pursuant the Court's Preliminary Approval Order, the Settlement Administrator issued the Court-approved Notice of Settlement of Class and Collective Action Lawsuit to the Settlement Class. The deadline to request exclusion from the Settlement and to submit objections to the Settlement was, for the final group of Settlement Class Members to receive Notice, February 27, 2023. Final Approval is warranted.

Dated: March 9, 2023

/s/ *Michael A. Josephson*
One of the Attorneys for Plaintiffs
and Class and Collective Action Members

Douglas M. Werman
**WERMAN SALAS P.C.**
77 W. Washington, Suite 1402
Chicago, IL 60602

Michael A. Josephson
Carl A. Fitz
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, TX 77046

Richard J. Burch
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, TX 77046

*Attorneys for Plaintiffs and*
*Class and Collective Action Members*

## CERTIFICATE OF SERVICE

I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Carl A. Fitz*
Carl A. Fitz

## CERTIFICATE OF CONFERENCE

I hereby certify that the Parties' conferred about the relief sought herein. Defendant is unopposed.

*/s/ Carl A. Fitz*
Carl A. Fitz