# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Clark Vanderheyden

                        Plaintiff,

v.                                              Case No.: 1:21−cv−02242
                                                        Honorable John Robert Blakey

AFPS, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 22, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 3/22/23. As discussed in court and as explained in the accompanying order, the Court grants Plaintiffs' motion for final approval of the parties' class action settlement [96]. Enter Final Approval Order. The Parties shall file a joint status report by 10/31/23 regarding settlement administration, along with a joint stipulation of dismissal with prejudice (or a joint status report explaining why dismissal may not yet be appropriate). Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.